IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM EDWARD WILLIAMSON,

       Petitioner,

vs.                                        CASE NO. 5:06cv239/RS

D. HAMILTON,

       Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 21) and Petitioner's Objection to Magistrate's Recommendations (Doc. 22). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2254 Petition (Doc. 1) is dismissed without prejudice.

3. The clerk is directed to close the file and to send to Petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

ORDERED on April 23, 2007.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**